# **RETURN OF SERVICE**

## UNITED STATES BANKRUPTCY COURT
## District of florida

Case Number: 03-60620-CIV-GOLD

Plaintiff:
**United States of America c/o William A. Ingraham, Jr. & Assoc., P.A.**
vs.
Defendant:
**Jason R. Gadson**

For:
William A. Ingraham
William A. Ingraham, Jr., P.A.
P.O. Box 370098
Miami, FL 33137-0098



Received by Dennis Urso Process Server on the 16th day of April, 2003 at 8:26 pm to be served on **JASON R. GADSON, 538 N.W. 18th Ave., Ft. Lauderdale, Fl 33311.**

I, Manny Cortes, do hereby affirm that on the **7th day of May, 2003** at **1:20 pm, I:**

**SUMMONS IN A CIVIL ACTION/complaint**

**Additional Information pertaining to this Service:**
Served Louise Gadson / mother. She provided phone # 954-585-0227 for subject. Contact was & subject auth. sub. serve at that add.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury I declare that I have read the foregoing RETURN OF SERVICE, and that the facts stated herein are true. Notary not required as per F.S. 92.525

Manny Cortes
S.P.S. #367

**Dennis Urso Process Server**
6771 N W 24th Ct
Margate, FL 33063
(954) 973-2533

Our Job Serial Number: 2003000440

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America
c/o William A. Ingraham, Jr. & Assoc., PA
P.O. Box 370098
Miami, FL 33137

Case Number:

**03 - 60620**

vs.

Jason R. Gadson
538 NW 18th Ave.
Ft. Lauderdale, FL 33311

**CIV - GOLD**

TO: (Name and Address of Defendant)

    JASON R. GADSON
    538 NW 18TH AVE.
    FT. LAUDERDALE, FL 33311

**MAGISTRATE JUDGE
SIMONTON**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (Name and Address)

    WILLIAM A. INGRAHAM JR.
    Private Counsel for the US Dept. of Justice
    P.O. Box 370098
    Miami, FL 33137

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 0 1 2003 _____ DATE

Clarence Maddox _____ CLERK

_[signature]_

Clarence Maddox
BY DEPUTY CLERK

2

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by ? | Date |
| NAME OF SERVER (PRINT) | Title |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served. _____

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on _____     _____
             Date                                Signature of Server

                                                 _____
                                                 Address of Server